UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-00465-D

PAUL AND LESLIE MILLER and
NATIONWIDE GENERAL INSURANCE
COMPANY a/s/o PAUL AND LESLIE
MILLER,

    Plaintiffs,

v.

NIBCO, INC.,

    Defendant.

## ORDER FOR REMAND

This matter has come before this Court upon Motion of the Plaintiffs, Paul and Leslie Miller, with the consent of all parties, This Court, having reviewed the Motion and the representations made therein, specifically regarding the amount in controversy, has determined that it does not now have subject matter jurisdiction over this matter. Therefore, this Court grants the Plaintiffs' Motion to Remand this case to the North Carolina Superior Court. IT IS SO ORDERED.

SO ORDERED. This the 12 day of July, 2019

JAMES C. DEVER III
United States District Judge